IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED
September 22, 2005

CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **J.T. TAYLOR,** ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | **3:04-CV-2346-R** |
| ) | |
| **DOUGLAS DRETKE, Director** ) | |
| **Texas Department of Criminal Justice,** ) | |
| **Correctional Institutions Division,** ) | |
| ) | |
| Respondent ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this 22nd day of September, 2005.

_____
JERRY BUCHMEYER
SR. UNITED STATES DISTRICT JUDGE